```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |  |
|---|---|---|
| RUTH SHAMIR, | : | |
|  | : | Consolidated Under |
|     Plaintiff, | : | MDL DOCKET NO 875 |
|  | : | |
|     v. | : | |
|  | : | |
| AGILENT TECHNOLOGIES, INC., | : | |
| et al., | : | CIVIL ACTION NO. |
|  | : | 08-76816 |
|     Defendants. | : | |

# O R D E R

**AND NOW**, this **5th** day of **April, 2010**, it is hereby **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint (doc. no. 12), filed on January 5, 2010, is **GRANTED**.

It is further **ORDERED** that the case shall be marked **CLOSED**.

**AND IT IS SO ORDERED.**

                                          S/Eduardo C. Robreno

                                              **EDUARDO C. ROBRENO, J.**